UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:16 cr-132 |
| Plaintiff, | : | INFORMATION |
| vs. | : | WALTER HERBERT RICE |
| RONALD SCOTT GIBSON, | : | |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about March 1, 2016, in the Southern District of Ohio, the defendant, **RONALD SCOTT GIBSON**, knowingly distributed visual depictions using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions were of such conduct.

Further, at the time **RONALD SCOTT GIBSON** distributed such visual depictions, he had been convicted of a prior offense under the laws of the State of Ohio relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, namely on or about November 19, 1998, in the Preble County, Ohio Court of Common Pleas, case number 98 CR

Page **1** of 2

7958, of "Gross sexual imposition."

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

BENJAMIN C. GLASSMAN
United States Attorney

ANDREW J. HUNT
Assistant United States Attorney