ARRAIGNMENT AND
PLEA ON INFORMATION                    Date:   12/6/2016

USA v.  Ronald Scott Gibson            CASE NUMBER: 3:16cr132

**Plaintiff's Attorney:** AUSA, Andrew Hunt    **Defendant's Attorney:** Cheryll Bennett

Defendant appeared with counsel.

Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right.

Defendant waived right to Indictment.

Waiver of Indictment form signed by Defendant and Defendant Counsel.

Defendant's constitutional rights explained and Defendant stated he understood rights.

Defendant waived constitutional rights.

Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence.

Statement of Facts read into record by  Judge Walter H. Rice.

Defendant acknowledged accuracy of Statement of Facts.

Plea agreement read into the record by AUSA Andrew Hunt  .

Defendant entered a plea of    Guilty   to Count(s)    1  .

Acceptance of the Plea is deferred pending the completion and review of the Pre-sentence Investigation (PSI)

Defendant referred to Probation Department for Pre-sentence Investigation (PSI).

Bond: Order of Detention previously set by the Magistrate Judge is continued pending further order of the court.

Order: The court will refer the Defendant to Dr. David Roush Psy.D.

**SENTENCING SET FOR Tuesday, March 7, 2017 @ 2:30 pm. Defendant Sentencing Memo due by COB 2/27/2016; any response by Government due by 3/3/2017.**

COURT REPORTER:   Debra Futrell            CONVENE:    3:59/4:12

DEPUTY CLERK:     Cindy Fugate             RECESS:     4:07/5:26