IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:16 CR 132 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| **RONALD SCOTT GIBSON,** | : | |
| Defendant. | : | |

## AGREED ORDER

This matter is before the Court on the Government's request for restitution on behalf of minor victims identified for purposes of this Agreed Order as "Andy" and "Jessy."

The United States and the Defendant Ronald Scott Gibson have reached an agreement that Title 18, United States Code, Section 2259 requires the Court to impose restitution for any offense under Chapter 110, which applies to the conviction of distribution of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). There is no dispute between the parties that the Defendant possessed at least one image of child pornography depicting the above-identified minors.

The parties further agree that the victims seeking restitution in this case, are victims as defined in Section 2259, that is, individuals "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by the parties that Defendant Ronald Scott Gibson is liable for a portion of the total harm/losses sought by the victims "Andy" and "Jessy." Accordingly, Defendant Ronald Scott Gibson agrees to pay $3,500.00 as restitution to each victim for the victims identified above. Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall then be distributed to the victims through their counsel as follows: (1) for "Andy" - Marsh Law Firm PLLC Attn: Andy, 548 Market Street #65135, San Francisco, CA, 94104-5401; and (2) for "Jessy" – Deborah A. Bianco in trust for "Jessy", 14535 Bellevue-Redmond Road, Suite 201, Bellevue, Washington 98007. The specific payment details will be set forth in detail in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

BENJAMIN C. GLASSMAN
United States Attorney

_____
Dominick S. Gerace
Assistant United States Attorney

_____
Ronald Scott Gibson
Defendant

_____
Cheryl A. Bennett
Counsel for Defendant Ronald Scott Gibson